JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE LINARES,

           Petitioner,

    v.

UNITED STATES OF AMERICA,

           Respondent.

No.   CV 19-10990 PA
CR 03-155-PA-1

JUDGMENT DISMISSING
PETITIONER'S ACTION WITH
PREJUDICE

    Pursuant to the Court's October 30, 2020 Order denying Petitioner Guadalupe Linares's Petition for a Writ of Error Coram Nobis,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED:  November 2, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE